UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2008 JAN 11  P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| 19 HARBORAGE ISLE, | ) |
| FORT LAUDERDALE, FLORIDA, | ) |
| Defendant. | ) |

**UNITED STATES' *EX PARTE* MOTION
FOR A POST-COMPLAINT RESTRAINING ORDER**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves, pursuant to 18 U.S.C. § 983(j)(1)(A), for entry of a post-complaint restraining order to secure, maintain and preserve the availability for forfeiture of the following real properties, described as:

    a.    19 Harborage Isle, Fort Lauderdale, Florida, including all buildings, appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 39772, Page 1067, at the Broward County Registry of Deeds;

(the "Defendant Property"). A proposed Post-Complaint Restraining Order is attached.

On this date, the United States has filed a Verified Complaint for Forfeiture in Rem (the "Complaint"). The Complaint seeks forfeiture of the Defendant Property described above, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(D), and 981(a)(1)(A), as a result of violations of 18 U.S.C. §§ 1341,

1

1343, 1344, 1956 and 1957. As set forth in the accompanying Memorandum of Law in support of this Motion, the proposed Order is necessary to secure, maintain, and preserve the availability of the Defendant Real Properties for forfeiture pending resolution of this civil forfeiture action.

   WHEREFORE, the United States respectfully requests that this Court endorse the attached Post-Complaint Restraining Order.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                              By:  _____
                                   PAUL HART SMYTH
                                   Assistant U.S. Attorney
                                   1550 Main Street
                                   Springfield, MA 01103
                                   Tel: (413)785-0106

Date: January 11, 2008