UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
            Plaintiff,          )
                                )
        v.                      )    Civil Action No. $08-30010-MAP$
                                )
19 HARBORAGE ISLE,              )
FORT LAUDERDALE, FLORIDA,       )
            Defendant.          )

**WARRANT AND MONITION**

DOCKETED

To:   The Treasury Department Internal Revenue Service

You Are Hereby Commanded to give notice to all persons

concerned that a Verified Complaint for Forfeiture in Rem (the

"Complaint"), a copy of which is attached hereto, has been filed

by the United States of America against the following defendant

property: the real property located at 19 Harborage Isle, Fort

Lauderdale, Florida, as described in more detail in a deed

recorded at the Broward County Registry of Deeds at Book 39772,

Page 1067 (the "Defendant Property"), pursuant to 18 U.S.C.

§§ 981(a)(1)(C), and 981(a)(1)(A).

This Court has found probable cause for forfeiture of the

Defendant Property. Accordingly, you are hereby directed to

serve, and give notice of the Complaint by:

>    (1)   Publishing notice of the United States'
>          intent to forfeit the Defendant
>          Properties at least once for three (3)
>          successive weeks in a newspaper having a
>          general circulation in your District;
>
>    (2)   Serving the Defendant Property by
>          posting a copy of this Warrant and
>          Monition and the Complaint upon the
>          Defendant Property; and

(3)  Mailing a copy of this Warrant and Monition,
together with a copy of the Complaint to:

Jason R. Foisy
1639 Promenade Circle
Port orange, FL 32129-7516

James Michael June
3304 NE 40th Street
Fort Lauderdale, FL 33308-6412

Chevy Chase Bank FSB
Headquarters
7501 Wisconsin Avenue
Bethesda, MA 20814

Union Planters Bank, N.A.
d/b/a Regions Mortgage
215 Forest Street
Hattiesburg, MS 39401

Broward County Property Appraiser's Office
115 South Andrews Avenue, Room 111
Fort Lauderdale, FL 33301-1818

by certified mail, postage prepaid and return receipt requested,
or by serving such copies on the listed party by hand.

You Are Further Commanded that pending further order of the
Court, you are **not** to take possession of, seize, or otherwise
take into custody Defendant Property and you are **not** responsible
for the care or maintenance of the Defendant Property during the
pendency of this forfeiture action.

You Are Further Commanded, if you are granted permission by
the owner or possessors of the Defendant Property, to enter and
forthwith conduct an inventory and inspection thereof.

You Are Further Commanded to give due notice by appropriate
service of process, as provided herein, to all persons who claim

2

an interest in the Defendant Property, or assert that the
Defendant Property should not be condemned or disposed of
pursuant to the prayer of the Complaint.  Upon execution of this
process, you are directed further to file the execution in this
Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTIES MUST BE FILED WITH
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY
NANCY RUE, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE
UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210,
WITHIN THIRTY FIVE (35) DAYS AFTER PROCESS HAS BEEN EXECUTED OR
WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT.  ALL
ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON
ASSISTANT UNITED STATES ATTORNEY NANCY RUE, UNITED STATES
ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE
9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER
THE FILING OF THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH
THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR
ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.  THE
PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE
SET FORTH IN 28 C.F.R. PART 9.  IN ADDITION TO THE PROCEDURES
MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR
REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY,

3

WHICH IS THE INTERNAL REVENUE SERVICE, JFK FEDERAL BUILDING, STOP

31300, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203,

ATTENTION ASSET FORFEITURE GROUP, WITH REGARD TO 19 HARBORAGE

ISLE, FORT LAUDERDALE, FLORIDA.


                                    Sarah A. Thornton, Clerk
                                    U.S. District Court
                            By:     _____
                                    Deputy Clerk
                                    Date: _____, 2008


APPROVED AND SO ORDERED:
_____
MICHAEL A. PONSOR
United States District Judge
Date: ___1·11·___, 2008

4