UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>19 HARBORAGE ISLE, )<br>FORT LAUDERDALE, FLORIDA )<br>Defendant, )<br>)<br>)<br>)<br>) | Civil Action No.<br><br>Property:<br>19 Harborage Isle<br>Fort Lauderdale, Florida<br><br>Record Owner(s):<br>Jason R. Foisey<br>James M. June<br><br>Broward County<br>Registry of Deeds<br>Book: 39772 Page: 1067 |

## LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PURSUANT TO FLORIDA STATUTES ANNOTATED § 48.23 (West 1992) and 28 U.S.C. § `964, the United States of America hereby gives notice of the filing of a Verified Complaint for Forfeiture in Rem (the "Complaint") against the real property located at 19 Harborage Isle, Fort Lauderdale, Florida, including all buildings, appurtenances, and improvements thereon, as described in more detail and recorded in the Broward County Registry of Deeds at Book 39772, Page 1067 (the "Defendant Realty").

The object and intention of this litigation is to have the Court decree that the Defendant Realty is condemned and forfeited to the United States of America because funds used to purchase and maintain the Defendant Property constitute or were derived from proceeds traceable to violations of 18 U.S.C. §§ 1344 (Bank Fraud). Accordingly, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C.

§§ 981(a)(1)(C).

FOR FURTHER INFORMATION concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the District of Massachusetts, 1550 Main Street, Springfield, Massachusetts 01103.

                                  Respectfully submitted,
                                  MICHAEL J. SULLIVAN
                                  United States Attorney

By:                         
                                  PAUL HART SMYTH
                                  Assistant U.S. Attorney
                                  1550 Main Street
                                  Springfield, MA 01103
                                  Tel: (413)785-0106

Dated: January 10, 2008