UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff ) | Civil Action No. 08-30010-MAP |
| )<br>v. )<br>) |  |
| 19 HARBORAGE ISLE )<br>FORT LAUDERDALE, FLORIDA, )<br>Defendant )<br>) |  |

**ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM**

Claimant, FLORIDA ESTATE HOME BUILDERS, LLC, a Florida Corporation, by and through its undersigned counsel, files this Answer to the Verified Complaint for Forfeiture in Rem of 19 Harborage Isle, Ft. Lauderdale, Florida and does state the following:

1. Claimant admits paragraphs 1 and 2.

2. Claimant is without knowledge of paragraphs 3 and 4 and therefore denies same and demands strict proof thereof.

3. By virtue of a Claim of Lien filed against the Defendant Property, as set forth in the Affidavit of Oon Teong Ko, Managing Member of Florida Estate Home Builders, LLC, the claimant, as the general contractor, has an interest in the subject property and in the proceeds of the sale of the Subject Property. The original Affidavit has been filed herewith as a separate pleading.

                                                Respectfully Submitted,
                                                Florida Estate Home Builders, LLC
                                                By its counsel

DATED: April 21, 2008                /s/ Marc A. Gordon
                                                8551 W. Sunrise Boulevard
                                                Suite 208
                                                Plantation, Florida 33322
                                                Office:(954) 370-2222
                                                Fax:(954) 476-2382
                                                Fla. Bar No.: 180743
                                                E-mail:marcgordon.fl@comcast.net


DATED: April 21, 2008                /s/ James M. Liston
                                                James M. Liston, Esquire
                                                BBO # 301750
                                                Bartlett Hackett Feinberg P.C.
                                                155 Federal Street, 9th Floor
                                                Boston, Massachusetts 02110
                                                Phone:  (617) 422-0200
                                                Fax:     (617) 422-0383
                                                jml@bostonbusinesslaw.com


       I, James M. Liston, hereby certify that this Answer to Verified Complaint for Forfeiture In Rem filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 21, 2008.


                                                /s/ James M. Liston