UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No.:   3:08-cv-30010 |
| Plaintiff, | ) | Property: |
| | ) | 19 Harborage Isle |
| vs. | ) | Fort Lauderdale, Fl |
| 19 HARBORAGE ISLE, | ) | Record Owner(s): |
| FORT LAUDERDALE, FLORIDA | ) | Jason R. Foisey |
| | ) | James M. June |
| Defendant. | ) | |
| | ) | Broward County |
| | ) | Registry of Deeds |
| | ) | Book 39772 Page: 1067 |
| | / | |

**AFFIDAVIT OF OON TEONG KO AS TO CLAIM AGAINST PROPERTY**

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared Oon Teong Ko, who is personally known to me or provided his Florida Drivers License as identification, and who first being by me duly sworn, did say under oath that:

1. I, Oon Teong Ko, am the Managing Member of Florida Estate Home Builders, LLC., a Florida Limited Liability Company, whose address is 4861 N. Dixie Highway, Suite 5, Oakland Park, Florida 33334-3953.

2. I am a licensed certified general contractor in the State of Florida and the qualifying agent for Florida Estate Home Builders, LLC.,

3. Florida Estate Home Builders, LLC as the contractor entered into a contract on June
10, 2005, with Jason R. Foisy ("Foisey") and James M. June, as the owners of 19 Harborage Isle Drive, Ft. Lauderdale, Florida 33316 to do construction work on the residence.

4. Progress payments were to be made by the Owners through the Bank that was financing the project, Chevy Chase, based upon applications for payment submitted by the Contractor to the Architect, James E. Gilgenbach, and certificates for payment being issued by the Architect based upon the percentage of completion of each portion of the work as of the end of the period covered by each application for payment.

5.  On March 13, 2008, I personally appeared and after being duly sworn, executed a Claim of Lien on behalf of Florida Estate Home Builders, LLC in the amount of Five Hundred Eighty Two Thousand Three Hundred Thirty ($582,330.00) Dollars for labor, services, or materials rendered for the construction of the subject property which amount has not been paid by the Owner(s) nor funded by the Bank in accordance with its draw schedule. A copy of the Claim of Lien, recorded in the official books and records of Broward County, Florida at Book 45190 at Page 1069 is attached to this Affidavit.

6.  As a result of receiving a copy of a Lis Pendens having been filed by the United States of America, case number unknown, stating that a Verified Complaint for Forfeiture in Rem has been filed against the property located 19 Harborage Isle Drive, Ft. Lauderdale, Florida 33316, I am filing this Affidavit as a Claim against the property located at 19 Harborage Isle Drive, Ft. Lauderdale, Florida 33316 for the reasons set forth in paragraphs 4 and 5 herein.

FURTHER AFFIANT SAYETH NOT.            /s/ Oon Teong Ko
                                       Oon Teong Ko

SWORN TO AND SUBSCRIBED before me this     day of      , 2008 by

My Commission Expires:                 _____
                                       Notary Public

I DO HEREBY CERTIFY that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 21 day of April, 2008.

/s/ Marc A. Gordon
8551 W. Sunrise Boulevard
Suite 208
Plantation, Florida 33322
Office:(954) 370-2222
Fax: (954) 476-2382
Fla. Bar No.: 180743
E-mail: marcgordon.fl@comcast.net

cc.  James Liston, Esq
     Florida Estate Home Builders

-2-

CFN # 107766350, OR BK 45190  Page 1069, Page  1 of 2, Recorded 03/17/2008 at 03:53 PM, Broward County Commission,  Deputy Clerk 2145

Prepared by and return to:
Philip C. Rosen, Esq.
Bloomgarden, Goudreau & Rosen
8551 W. Sunrise Blvd., Suite 208
Ft. Lauderdale, FL 33322
954-370-2222

WARNING!
THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

CLAIM OF LIEN

State of FLORIDA
County of BROWARD

Before me, the undersigned notary public, personally appeared OON TEONG KO, who was duly sworn and says that he is the Managing Member of the lienor herein, FLORIDA ESTATE HOME BUILDERS, LLC, a Florida limited liability company, whose address is 4861 N. Dixie Hwy, Suite 5, Oakland Park, Florida 33334-3953; and that in accordance with a contract with JASON R. FOISY and JAMES M. JUNE, lienor furnished labor, services, or materials consisting of the construction of a single family residence on the following described real property in Broward County, Florida:

SEE EXHIBIT "A" ATTACHED HERETO

owned by JASON R. FOISY and JAMES M. JUNE of a total value of FOUR MILLION EIGHT HUNDRED THOUSAND and 00/100 DOLLARS ($4,800,000.00), of which there remains unpaid FIVE HUNDRED EIGHTY TWO THOUSAND THREE HUNDRED THIRTY DOLLARS ($582,330.00), and furnished the first of the items on July 14, 2005, and the last of the items on February 28, 2008.

FLORIDA ESTATE HOME BUILDERS, LLC

By: Oon Teong Ko, Managing Member

Sworn to and subscribed before me this 13 day of March, 2008, by Oon Teong Ko, on behalf of the company.

NOTARY PUBLIC-STATE OF FLORIDA
Kaming Lok
Commission # DD400945
Expires: FEB. 28, 2009
Bonded Thru Atlantic Bonding Co., Inc.

Notary Public

Personally Known ✓  OR Produced Identification _____
Type of Identification Produced_____

U:\Pcrosen\PCR\Clients\OT Ko\Claim of Lien.FEHB.Foisy.wpd

②

CFN # 107766350, OR BK 45190 PG 1070, Page 2 of 2

## Exhibit "A"

A PORTION OF SECTION 12, TOWNSHIP 50 SOUTH, RANGE 42 EAST, BROWARD COUNTY, FLORIDA, MORE FULLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF GOVERNMENT LOT 3, SECTION 13, TOWNSHIP 50 SOUTH, RANGE 42 EAST, SAID POINT BEING ON THE SOUTH LINE OF SAID SECTION 12; THENCE SOUTH 88°09'38" WEST, ALONG THE SOUTH LINE OF SAID SECTION 12, A DISTANCE OF 2.47 FEET, THENCE NORTH 1°28'25" WEST, A DISTANCE OF 514.11 FEET; THENCE SOUTH 76°45'35" WEST, A DISTANCE OF 140.73 FEET TO THE POINT OF BEGINNING, THENCE NORTH 3°29'52" WEST, A DISTANCE OF 191.78 FEET; THENCE SOUTH 86°36'57" WEST, A DISTANCE OF 110.00 FEET; THENCE SOUTH 3°55'33" EAST, A DISTANCE OF 210.61 FEET; THENCE NORTH 76°45'35" EAST, A DISTANCE OF 110.00 FEET TO THE POINT OF BEGINNING.

ALSO KNOWN AS: LOT 19 OF "THE HARBORAGE"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | Property: |
| v. | ) | 19 Harborage Isle |
| | ) | Fort Lauderdale, Florida |
| 19 HARBORAGE ISLE, | ) | |
| FORT LAUDERDALE, FLORIDA | ) | Record Owner(s): |
| Defendant, | ) | Jason R. Foisey |
| | ) | James M. June |
| | ) | |
| | ) | Broward County |
| | ) | Registry of Deeds |
| | ) | Book: 39772 Page: 1067 |

## LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PURSUANT TO FLORIDA STATUTES ANNOTATED § 48.23 (West 1992) and 28 U.S.C. § 1964, the United States of America hereby gives notice of the filing of a Verified Complaint for Forfeiture in Rem (the "Complaint") against the real property located at 19 Harborage Isle, Fort Lauderdale, Florida, including all buildings, appurtenances, and improvements thereon, as described in more detail and recorded in the Broward County Registry of Deeds at Book 39772, Page 1067 (the "Defendant Realty").

The object and intention of this litigation is to have the Court decree that the Defendant Realty is condemned and forfeited to the United States of America because funds used to purchase and maintain the Defendant Property constitute or were derived from proceeds traceable to violations of 18 U.S.C. §§ 1344 (Bank Fraud). Accordingly, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. §

§§ 981(a)(1)(C).

FOR FURTHER INFORMATION concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the District of Massachusetts, 1550 Main Street, Springfield, Massachusetts 01103.

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By: _____
     PAUL HART SMYTH
     Assistant U.S. Attorney
     1550 Main Street
     Springfield, MA 01103
     Tel: (413)785-0106

Dated: January 10, 2008