UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-CV-30010-MAP |
| 19 HARBORAGE ISLE, FORT LAUDERDALE, FLORIDA, | ) |
| Defendant. | ) |

### CLAIM OF CHEVY CHASE BANK, F.S.B.

Claimant Chevy Chase Bank, F.S.B. files this claim pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and states as follows:

1. The specific property claimed is 19 Harborage Isle, Fort Lauderdale, Florida, including all buildings, appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 39772, Page 1067, at the Broward County, Florida Registry of Deeds. This is the "Defendant Realty" described in paragraph 2 of the Verified Complaint in this action.

2. The claimant is Chevy Chase Bank, F.S.B. ("Chevy Chase"), with corporate offices located at 7501 Wisconsin Avenue, Bethesda, Maryland 20814.

3. Chevy Chase holds a first mortgage on the Defendant Realty, which secures a construction/permanent mortgage loan in the principal amount of $6.6 million (the "Mortgage Loan") made to the Defendant Realty's title holders, Jason R. Foisy and James M. June.

4. Chevy Chase's Mortgage Loan is evidenced by, among other documents, an Adjustable Rate Note, a Mortgage, and a Construction/Permanent Loan Agreement, all dated September 25, 2006, and the riders and amendments thereto.

5. The outstanding unpaid principal balance of the Mortgage Loan is approximately $5.1 million and accrued and unpaid interest and other Mortgage Loan charges exceed $600,000.

6. The Mortgage Loan has been in default since September 2, 2007.

Signed under the pains and penalties of perjury this 8th day of May, 2008.

CHEVY CHASE BANK, F.S.B.

By: *[signature]*
Daniel Webster
Its Group Vice President