UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>19 HARBORAGE ISLE, )<br>FORT LAUDERDALE, FLORIDA, )<br>)<br>Defendant. ) | Civil Action No. 08-CV-30010-MAP |

### ANSWER OF CLAIMANT CHEVY CHASE BANK, F.S.B.

Pursuant to 18 U.S.C. § 983(a)(4)(B) and Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant Chevy Chase Bank, F.S.B. ("Chevy Chase") answers the allegations of the Verified Complaint as follows:

1. Paragraph 1 states conclusions of law to which no response is required. To the extent a response is required, Chevy Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

2. Admitted.

3. Chevy Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

4. Chevy Chase denies the allegations of paragraph 4 because it is an innocent owner whose interest in the Defendant Realty is not subject to forfeiture.

## FIRST AFFIRMATIVE DEFENSE

Chevy Chase is an innocent owner of within the meaning of 18 U.S.C. § 983 and its mortgage interest in the real property that is the subject of this action ("Defendant Realty") shall not be forfeited.

## SECOND AFFIRMATIVE DEFENSE

The Defendant Realty is subject to Chevy Chase's mortgage, which is in default, and the Defendant Realty should be sold and the proceeds applied to pay off Chevy Chase's mortgage.

WHEREFORE, Claimant Chevy Chase respectfully requests that the Court authorize it to proceed with a foreclosure sale of the Defendant Realty, to apply the foreclosure sale proceeds to pay off its mortgage (including the unpaid principal balance, accrued and unpaid interest, other unpaid charges, and its costs and expenses of collection), and to remit any remaining foreclosure sale proceeds to the United States.

Respectfully submitted,

CHEVY CHASE BANK, F.S.B.
By its attorneys,

/s/ Bruce E. Falby
Bruce E. Falby, BBO #544143
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Telephone:  617.406.6000
Facsimile:  617.406.6100

Dated:  May 19, 2008

BOST1\517310.1

- 3 -

## CERTIFICATE OF SERVICE

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to any non-registered participants on this date.

/s/Bruce E. Falby