**The Pool People East, Inc.**
2150 SW 10th Street
Deerfield Beach, Florida 33442
954/428-3300
954/428-3498 fax
www.thepoolpeople.com
CPC 21410

| | Quantity | Builder Cost |
|---|---|---|
| CUSTOMER: FLORIDA ESTATE HOME BUILDERS | | |
| THE POOL PEOPLE ACCOUNT MANAGER: CATHY SAVAGE | | |
| ACCOUNT MANAGER PHONE EXTENSION: 252 | | |
| SUBDIVISION: HARBORAGE ISLES | | |
| LOT/BLOCK: 19 | | |
| ADDRESS: 19 HARBORAGE ISLE DRIVE | | |
| DATE: 7/27/06 | | |
| REVISION: 12/14/06, 12/26/06, 7/17/07, 8/22/07, 8/29/07 | | |
| | | |
| Per plan dated 8/8/07 | | |
| POOL SIZE: | 16' x 40' | |
| PERIMETER: | 115.5 LF | |
| | | |
| BASE POOL PRICE INCLUDES UP TO 86 LF PERIMETER POOL: | | $ 12,200.00 |
| POOL DEPTH 3' X 4'11", 3 POOL INLETS, 1 SKIMMER, 2 MAIN DRAINS, STANDARD | | |
| WATERLINE TILE (with white grout) , STANDARD SQUARE BRICK COPING, 3/4 HP | | |
| POOL PUMP, HAYWARD C750 CARTRIDGE FILTER, 3 POOL STEPS IN SHALLOW END | | |
| OF POOL (21 LF MAX), 50 FOOT OR LESS PLUMBING RUN TO EQUIPMENT, 100 WATT | | |
| POOL LIGHT, LARGE MACHINE DIG AND DROP FILL ONSITE (Up to 4 hours), | | |
| MARCITE INTERIOR FINISH | | |
| Excludes deck work, electric, deck and enclosure permits, equipment pad, screen | | |
| enclosure or rail, backfilling of pool shell or plumbing trenches and electric work | | |
| | | |
| ADDITIONAL POOL PERMIT FEES (in excess of $300 allowance in base pool) | YES | $ 500.00 |
| | | |
| POOL UPGRADES | | |
| ADDITIONAL POOL PERIMETER FROM 121LF TO 140LF | 29.5 LF | $ 5,168.00 |
| POOL COPING - SUPPLIED/INSTALLED | YES | By Homebuilder |
| Homebuilder aware if coping exceeds 4" x 6" additional costs will incur for thickening | | |
| pool beam to 10". Disclaimer required. | | |
| POOL TILE - SUPPLIED/INSTALLED | YES | By Homebuilder |
| Disclaimer required | | |
| CREDIT FOR STANDARD TILE IN CONTRACT | YES | $ (834.00) |
| EXPOSED AGGREGATE POOL FINISH - WHITE OR BONE | YES | $ 1,000.00 |
| TILE EDGE OF STEPS | YES | $ 350.00 |
| TIE PILINGS INTO POOL SHELL | 29 | $ 23,200.00 |
| *Does not include cost of pilings or installation of pilings. Soil report required. | | |
| ADDITIONAL STANDARD POOL LIGHT | 1 | $ 300.00 |
| (Max distance from pool to junction box - 50 feet) | | |
| | | |
| NATURAL OR PROPANE GAS HEATERS | | |
| 400,000 BTU GAS HEATER** | 1 | $ 2,450.00 |
| ** PURCHASE OR LEASE OF GAS TANKS BY HOMEBUILDER ** | | |
| ** HOOKUP OF GAS SUPPLY TO HEATER BY HOMEBUILDER PRIOR TO PLASTER** | | |

OK Jw

**The Pool People East, Inc.**
2150 SW 10th Street
Deerfield Beach, Florida 33442
954/428-3300
954/428-3498 fax
www.thepoolpeople.com
CPC 21410

| | Quantity | Builder Cost |
|---|---|---|
| Per plan dated 8/6/07 | 30 LF | $ 10,850.00 |
| **NEGATIVE EDGE POOL** * | | |
| *includes 2 rows of waterline tile in pit, a suction line, an autofill w/ overflow, tile on backside of edge wall, black granite spillway at negative edge wall using 12" X 12" pieces of granite w/tile edge, and a swimout at the end of the pit | | |
| | 1 | $ 5,000.00 |
| **IN POOL SPA** | | |
| 22 LF FLUSH IN POOL SPA INCLUDES: Spa Light, Spa Step, 4 jets, 30 inch marble spillway, electric valves with air switch, 2 main drains, 10 linear feet of spa bench, 1.5 HP pump, 1200 SF cartridge filter and 12 linear feet of spa dam wall. | | |
| (Air switch will be deleted if AquaLogic control system is used) | | |
| **SPA UPGRADES** | 15 LF | $ 2,250.00 |
| ADDITIONAL SPA PERIMETER | 18 LF | $ 1,440.00 |
| ADDITIONAL SPA BENCH | 2 | $ 1,000.00 |
| ADDITIONAL SPA JETS (8 TOTAL)* | | |
| *includes upgrade to 2HP Dyna pump & upgrade to C1750 filter. | YES | $ 750.00 |
| SPA OUTSIDE PERIMETER OF POOL | YES | $ 700.00 |
| EXPOSED AGGREGATE SPA FINISH - WHITE OR BONE | 120" | $ 3,850.00 |
| SPA TRAVERTINE SPILLWAY* | | |
| *includes an additional AFP 180 pool pump | YES | $ 1,000.00 |
| LONG PLUMBING RUN - SPA | YES | $ 2,150.00 |
| AQUALOGIC PS-8 W/SPA SIDE REMOTE | | |
| Electrical hook-up for Aqualogic - By Homebuilder | | |
| **DOUBLE BRICK & TILE BACK OF SPA** | 20 LF | $ 1,200.00 |
| LF @ 12" RAISED BEAM | | |
| **RAISED BEAM/SPA** | 17 LF | $ 850.00 |
| LF @ 12" RAISED BEAM | | |
| **DECK, ENCLOSURE AND SAFETY FEATURE** | TBD | By homebuilder |
| ENCLOSURE | TBD | By homebuilder |
| SAFETY FEATURE | | $ 1,500.00 |
| EXPEDITED REVISION FEE ALLOWANCE | | $ 520.00 |
| RE-ENGINEERING POOL AND PILING PLANS | | ($8,700.00) |
| DISCOUNT PER WALTER BARRETT | Total | $68,989.00 |

OK JWP

The Pool People East, Inc.
2150 SW 10th Street
Deerfield Beach, Florida 33442
954/428-3300
954/428-3498 fax
www.thepoolpeople.com
CPC 21410

| | | |
|---|---|---|
| | | |
| | | Builder |
| Per plan dated 8/8/07 | Quantity | Cost |
| Any item not included on this proposal is specifically excluded from the scope of work for this pool, even if it is reflected on any preliminary plan or preliminary drawing used to develop this pricing proposal. | | |
| | | |
| This proposal is void if not accepted and returned within 30 days of the proposal date. | | |
| | | |
| Proposal pricing is subject to adjustment if construction does not commence within 180 days of the proposal date and conclude within 90 days of commencement. | | |
| | | |
| | | |
| | | |
| Proposal and pricing accepted (signature) Date | | |
| 9-6-07 | | |
| | | |