**The Pool People East, Inc.**
PO Box 790
Deerfield Beach, FL 33443

954-596-5595

**INVOICE**

Invoice #: 3444
Invoice Date: 10-09-2007

**Bill To:**
FLORIDA ESTATE HOME BUILDERS,
4861 NORTH DIXIE HIGHWAY
SUITE 5
OAKLAND PARK, FL 33334

Customer ID: 595

**Job: 18193**
019/000 HARBORAGE
19 HARBORAGE ISLE DRIVE
FT. LAUDERDALE, FL 33316

| Description | Purchase Order | Amount |
|---|---|---|
| GUNITE | | $41,393.40 |

DATE DUE: 10-09-2007

TOTAL: **$41,393.40**