```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
        v.                  )   Civil Action No. 08-30010-MAP
                            )
19 HARBORAGE ISLE,          )
FORT LAUDERDALE, FLORIDA,   )
        Defendant.          )

**<u>JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1</u>**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and through Assistant U.S. Attorney Sonya A. Rao; Florida Estate Home Builders, by its attorney, Marc A. Gordon; Chevy Chase Bank, F.S.B. ("Chevy Chase Bank"), by its attorney, Bruce E. Falby; Pool People East, Inc., by its attorney, Jeffrey B. Shalek; and American Waste Service, Inc., by its president, Mark Larocca, submit this Joint Statement pursuant to Local Rule 16.1.

    1.    The above-referenced parties certify that they have conferred pursuant to Local Rule 16.1(B).

    2.    The above-referenced parties, with the exception of Chevy Chase Bank, propose the following schedule for discovery events and the filing of pre-trial motions:

        a.    the parties will provide initial disclosures pursuant to Fed.R.Civ.P. 26 and L.R. 26.2 on or before July 25, 2008;

        b.    all other discovery, including interrogatories, document requests, and any necessary depositions,

          shall be completed by October 31, 2008; and

    c.    any dispositive motions, including, but not limited to, summary judgment motions, shall be filed on or before November 28, 2008.

3. The above-referenced parties, with the exception of Chevy Chase Bank, agree that, in the event the case is not settled or resolved by dispositive motion, the parties would seek an additional Scheduling Conference with respect to further conduct of the case.

4. At this time, the above-referenced parties consent to trial by magistrate judge.

5. Chevy Chase Bank asserts the following position regarding the proposed schedule as to Claim of Chevy Chase Bank: Chevy Chase objects to the schedule proposed by the United States, and apparently agreed to by the other parties. As to Chevy Chase's first mortgage claim, which exceeds $5.8 million, no automatic disclosure or discovery is necessary. Chevy Chase produced all its loan files months ago to the United States, which has acknowledged that there is no evidence that Chevy Chase is not an "innocent owner." As to its claim, Chevy Chase will file a motion for summary judgment by June 30, 2008, and proposes that the United States reply under the rules and that the Court schedule a hearing on the motion on July 30, 2008 or as soon thereafter as its schedule permits.

6.   Chevy Chase Bank asserts the following position regarding a motion for interlocutory sale:  Chevy Chase will also move by June 30, 2008 for an interlocutory private sale of the defendant property under Rule G of Rule G(7)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 28 U.S.C. § 2001(b). Chevy Chase's first mortgage has been in default since September 2007, the value of the property is falling, Chevy Chase's ability to foreclose on its collateral has been delayed for months, and an interlocutory sale is necessary to protect the first mortgagee's claim. A sale will also maximize any recovery for the other claimants and the United States, whose interests in the property are subordinate to Chevy Chase's first mortgage lien.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | FLORIDA ESTATE HOME BUILDERS,<br>By its attorneys, |
| /s/Sonya A. Rao<br>By: Sonya A. Rao<br>Assistant U.S. Attorney<br>1 Courthouse Way, Ste. 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Date: June 19, 2008 | /s/ Marc A. Gordon[1]<br>By: Marc A. Gordon, Esq.<br>8551 West Sunrise Blvd.<br>Plantation, FL 33322<br>(954) 370-2222<br>Date: June 19, 2008 |
| AMERICAN WASTE SERVICE, INC.<br>By its president, | POOL PEOPLE EAST, INC.,<br>By its attorney, |
| /s/Mark Larocca[2]<br>By: Mark Larocca, President<br>American Waste Service, Inc.<br>14470 NW 26th Avenue<br>Opa Locka, FL 33054<br>(305) 556-0077<br><br>Date: June 19, 2008 | /s/Jeffrey B. Shalek[3]<br>By: Jeffrey B. Shalek, Esq.<br>Phillips, Cantor & Berlowitz PA<br>4000 Hollywood Blvd.<br>Presidential Circle<br>Suite 375 South<br>Hollywood, FL 33021<br>(954) 966-1820<br>Date: June 19, 2008 |
| /s/Bruce E. Falby[4]<br>By: Bruce E. Falby, Esq.<br>DLA Piper<br>33 Arch Street<br>26th Floor<br>Boston, MA 02110<br>(617) 406-6020<br><br>Date: June 19, 2008 | |

---

[1] By Sonya A. Rao, as authorized by Marc A. Gordon.

[2] By Sonya A. Rao, as authorized by Bruce E. Falby.

[3] By Sonya A. Rao, as authorized by Jeffrey B. Shalek.

[4] By Sonya A. Rao, as authorized by Bruce E. Falby.