UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-30010-MAP |
| ) | |
| 19 HARBORAGE ISLE, ) | |
| FORT LAUDERDALE, FLORIDA, ) | |
| ) | |
| Defendant. ) | |

### MOTION OF CHEVY CHASE BANK, F.S.B. FOR SUMMARY JUDGMENT, FOR INTERLOCUTORY SALE, AND FOR APPLICATION OF SALES PROCEEDS TO ITS FIRST MORTGAGE LOAN

Claimant Chevy Chase Bank, F.S.B. ("Chevy Chase") moves for summary judgment to establish its status as an "innocent owner" within the meaning of 18 U.S.C. § 983(d). Chevy Chase also moves for an interlocutory sale of the defendant real property under Rule G(7)(b)(1)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and for an order that the sales proceeds be applied to pay off its first mortgage loan in full.

Chevy Chase holds a first mortgage lien on the defendant real property. On the undisputed facts, Chevy Chase is entitled to a declaration that it is an "innocent owner" because it had no knowledge of the conduct of its borrowers alleged by the United States to give rise to forfeiture. As an innocent owner, its interest in the mortgaged property is not subject to forfeiture.

Chevy Chase is entitled under Rule G(7)(b)(1)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to an immediate, interlocutory sale of the defendant property because its mortgage loan is in default. As the first mortgagee, Chevy

Chase is entitled to recover from the sale proceeds of the property the amounts owed to it under its mortgage loan documents, including all outstanding principal, accrued interest, and costs of collection.

In support of this motion, Chevy Chase relies on the Affidavits of Daniel Webster, Leah Schmulewitz Getlan, Nancy Hauft, Janet Rentz, and Bruce Falby and the memorandum of law submitted herewith. A proposed form of Order is also submitted with this motion, which declares that Chevy Chase is an "innocent owner," orders an interlocutory sale of the property in conformity with the applicable rule and statute, and authorizes Chevy Chase to receive first from the sale proceeds all amounts due to Chevy Chase under its first mortgage.

Respectfully submitted,

CHEVY CHASE BANK, F.S.B.
By its attorneys,

/s/ Bruce E. Falby
Bruce E. Falby, BBO #544143
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6100

Dated: June 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on June 30, 2008.

/s/ Bruce E. Falby
Bruce E. Falby