# Uniform Residential Appraisal Report

File # 0808082

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 19 Harborage | City Ft. Lauderdale   State FL.   Zip Code 33316 |
| Borrower Jason Foisy | Owner of Public Record Jason Foisy   County Broward |

Legal Description Lot 19 The Harborage

| | |
|---|---|
| Assessor's Parcel # 50-42-12-29-0190 | Tax Year 2007   R.E. Taxes $ 65,244.54 |
| Neighborhood Name Harbor Beach | Map Reference 50-42-12   Census Tract 422.00 |

Occupant ☐ Owner ☐ Tenant ☒ Vacant   Special Assessments $ N/A   ☒ PUD   HOA $ 15,000   ☒ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) Not Applicable

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) For Mortgage Lending Purposes

Lender/Client Chevy Chase Bank   Address 7501 Wisconsin Avenue, Bethesda, MD. 20814

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).

MLS Listing #F887721, Listing Price $9,995,000. See attached addendum for complete listing history.

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

The subject property is not under contract for sale.

Contract Price $ Not. Applic.   Date of Contract N/A   Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s) Not. Applic.

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid.

Not Applicable

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

**NEIGHBORHOOD**

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☐ Stable ☒ Declining | PRICE $(000) / AGE (yrs) | One-Unit 85 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | Low 785- New | 2-4 Unit % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | High 15Mil 50 | Multi-Family 5 % |
| | | Pred. 2.5 Mil 10 | Commercial 10 % |
| | | | Other % |

Neighborhood Boundaries

The subject property is situated in an established residential neighborhood. Refer to text addendum for neighborhood description and boundaries.

Neighborhood Description

The neighborhood employment and economic market appears stable. Employment and market preferred amenities are within a reasonable distance and offer market appeal to the residential properties. No adverse or detrimental land use was observed.

Market Conditions (including support for the above conclusions)

The neighborhood decline in property values and marketing time in excess of six months is typical of the market conditions at the present time. There is no adverse impact on the subject or neighborhood market.

**SITE**

| | |
|---|---|
| Dimensions 110-Front x 211 x 110-Rear x 191 | Area 22,131   Shape Approx. Rectangular   View Waterway |

Specific Zoning Classification RS-4.4   Zoning Description Res. Single Family Low Density

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☒ Yes ☐ No  FEMA Flood Zone AE   FEMA Map # 125105 0219F   FEMA Map Date August 1992

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe. Not Applicable

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe.

Not Applicable

**IMPROVEMENTS**

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls Concrete/Average | Floors Marble & Unfinished/Avg |
| # of Stories 3 | ☐ Full Basement ☐ Partial Basement | Exterior Walls CBS/Average | Walls Drywall/Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area Not Applic. sq. ft. | Roof Surface S-Tile/Good | Trim/Finish Wood/Avg |
| ☐ Existing ☐ Proposed ☒ Under Const. | Basement Finish Not Applic. % | Gutters & Downspouts None | Bath Floor Marble/Avg |
| Design (Style) Custom | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Pivot/Good | Bath Wainscot Marble/Avg |
| Year Built 2008 | Evidence of ☐ Infestation | Storm Sash/Insulated None | Car Storage ☐ None |
| Effective Age (Yrs) New | ☐ Dampness ☐ Settlement | Screens Yes | ☐ Driveway # of Cars 4 |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ WoodStove(s) # | Driveway Surface Dirt |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel Electric | ☒ Fireplace(s) # 2 ☐ Fence | ☒ Garage # of Cars 4 |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck ☐ Porch | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☒ Pool ☒ Other Dock | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) None

Finished area above grade contains: 13 Rooms   5 Bedrooms   5 Bath(s)   11,298 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)

None Noted.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).

The subject property is new construction approx. 85% complete. At the time of inspection the finishing stage of completion were not in process. No functional and external inadequacies were noted. See text addendum for additional comments.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No If Yes, describe

The subject property in it's "AS IS" condition of approx. 70% complete is currently not livable.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

The subject's style/design is typical of newer constructed homes in the area. The subject's gross living area is a larger home within the neighborhood.

# Uniform Residential Appraisal Report

File # 0808082

There are __7__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 7,480,000 to $ 12,000,000.
There are __5+/-__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 6,450,000 to $ 15,500,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 19 Harborage<br>Ft. Lauderdale | 2727 Aqua Vista Blvd.<br>Ft. Lauderdale | | 999 Riviera Isle<br>Ft. Lauderdale | | 30 Isla Bahia Drive<br>Ft. Lauderdale | |
| Proximity to Subject | | 1.20 Miles Northeast | | 0.20 Miles Northeast | | 0.25 Miles Southwest | |
| Sale Price | $ Not Applic. | | $ 9,900,000 | | $ 7,150,250 | | $ 6,450,000 |
| Sale Price/Gross Liv. Area | $ 0 sq.ft. | $ 978.16 sq.ft. | | $ 803.58 sq.ft. | | $ 855.21 sq.ft. | |
| Data Source(s) | | Public Records | | Public Records | | Public Records | |
| Verification Source(s) | | ISC/MLS #F881567 | | ISC/MLS #F858726 | | ISC/MLS #F867909 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | Cash | | Cnv. $3,250,000 | | Cnv. $4,450,000 | |
| | | None | | None | | None | |
| Date of Sale/Time | | 1/2008-Closed | | 10/2007-Closed | | 3/2008-Closed | |
| Location | Interior | Point Lot | -1,000,000 | Point Lot | -1,000,000 | Interior | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 22,131Sq.ft. | 27,443Sq.ft. | -106,000 | 27,878Sq.ft. | -115,000 | 13,068Sq.ft. | 180,000 |
| View | Waterway | IntraCoastal Wtwy | -750,000 | Waterway | | Waterway | |
| Design (Style) | 3 Story Custom Home | 2 Sty. Custom | | 2 Sty. Custom | | 2 Sty. Custom | |
| Quality of Construction | Good/CBS | Good/CBS | | Good/CBS | | Good/CBS | |
| Actual Age | 2008/New | 2007/New | | 1978/15 Eff | 750,000 | 2007/New | |
| Condition | 70% Complete | 100% Complete | -1,250,000 | 100% Complete | -1,250,000 | 100% Complete | -1,250,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 13 / 5 / 5 | 12 / 6 / 8 | -30,000 | 10 / 4 / 5.5 | -5,000 | 10 / 6 / 8 | -30,000 |
| Gross Living Area | 11,298 sq.ft. | 10,121 sq.ft. | 294,300 | 8,898 sq.ft. | 600,000 | 7,542 sq.ft. | 939,000 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Fireplace | Fireplace | | Fireplace | | Fireplace | |
| Garage/Carport | 4-Car Garage | 4-Car Garage | | 4-Car Garage | | 3 Car Garage | 10,000 |
| Porch/Patio/Deck | Dock, Pool | Dock and Pool | | Dock and Pool | | Dock and Pool | |
| Other | None | Gated Entry | -75,000 | Gated Entry | -75,000 | None | |
| Kitchen | Cabinets Only | Fully Equipped | | Fully Equipped | | Fully Equipped | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -2,916,700 | ☐ + ☒ - | $ -1,095,000 | ☐ + ☒ - | $ -151,000 |
| Adjusted Sale Price of Comparables | | Net Adj. -29.46 %<br>Gross Adj. 35.41 % | $ 6,983,300 | Net Adj. -15.31 %<br>Gross Adj. 53.08 % | $ 6,055,250 | Net Adj. -2.34 %<br>Gross Adj. 37.35 % | $ 6,299,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain
Not Applicable

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) Public Records

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) Public Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | May 2005/$3,900,000 | May 2004/$4,995,000 | Not Applicable | Feb. 2004/$1,800,000 |
| Price of Prior Sale/Transfer | Not Applicable | Not Applicable | Not Applicable | Not Applicable |
| Data Source(s) | Public Records | Public Records | Public Records | Public Records |
| Effective Date of Data Source(s) | August 11, 2008 | August 11, 2008 | August 11, 2008 | August 11, 2008 |

Analysis of prior sale or transfer history of the subject property and comparable sales
The prior sales for the subject property and comparable sales #1 and #3 included smaller older homes that were demolished and replaced with the current newer constructed homes. There was no prior sale found within the past three years for comparable sale #2.

Summary of Sales Comparison Approach
All comparable sale properties have been verified and represent the most recent sales of properties most similar to the subject property. Adjustments for differences between the subject and the comparable sales are contributory values as measured in the market. The subject and comparable sale properties are compatible with the neighborhood and or market area.

Indicated Value by Sales Comparison Approach $ 6,300,000

Indicated Value by: Sales Comparison Approach $ 6,300,000    Cost Approach (if developed) $ 6,342,000    Income Approach (if developed) $ N/A

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:
Not Applicable

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 6,300,000 , as of August 11, 2008 , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

File # 0808082

**ADDITIONAL COMMENTS**

SEE ADDENDUM ATTACHED.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

Site value was estimated from the market by a market abstraction method.

**COST APPROACH**

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data  Knowledge of Local Building Costs.

Quality rating from cost service  Good    Effective date of cost data  Current

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

the Cost Approach includes a land value and estimated replacement cost to construct a current prices a building with similar utility equal to the building being appraised, using modern standards. Physical, functional and external inadequacies, as measured in the market are deducted accordingly. The "as is" value of the site improvements(driveway, landscaping, swimming pools, etc.) represent their market contributory values. The estimated remaining economic life is 60 years.

| | |
|---|---|
| OPINION OF SITE VALUE ......................................................... =$ | 3,100,000 |
| Dwelling 11,298 Sq. Ft. @ $ 380 ........... =$ | 4,293,240 |
| Sq. Ft. @ $ ........... =$ | |
| =$ | |
| Garage/Carport 990 Sq. Ft. @ $ 125 ........ =$ | 123,750 |
| Total Estimate of Cost-New ................................................ =$ | 4,416,990 |
| Less Physical Functional External | |
| Depreciation 1,250,000 =$ ( | 1250000 ) |
| Depreciated Cost of Improvements ................................. =$ | 3,166,990 |
| "As-is" Value of Site Improvements ................................. =$ | 75,000 |

Estimated Remaining Economic Life (HUD and VA only)  N/A  Years

Indicated Value by Cost Approach ................................. =$ 6,342,000

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $  Not Applic.  X Gross Rent Multiplier  N/A  = $  N/A  Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

The Income Approach is not Applicable.

## PROJECT INFORMATION FOR PUDs  (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No  Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project  Harborage

| | | | |
|---|---|---|---|
| Total number of phases  1 | Total number of units  20 | Total number of units sold  20 |
| Total number of units rented  0 | Total number of units for sale  1 | Data source(s)  MLS |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☒ No  If Yes, date of conversion  N/A

Does the project contain any multi-dwelling units?  ☐ Yes  ☒ No  Data source(s)  On site inspection.

Are the units, common elements, and recreation facilities complete?  ☒ Yes  ☐ No  If No, describe the status of completion.

N/A

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

N/A

Describe common elements and recreational facilities

Staffed gate house at entry/exit point.

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK**: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File #  0808082

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # 0808082

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION**: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Ira Messinger | Name |
| Company Name  Ira M. Messinger-Real Estate Appraiser, PA. | Company Name |
| Company Address  2110 N.E. 207th Street | Company Address |
| N. Miami Beach, FL.  33179 | |
| Telephone Number  (305)935-3727 | Telephone Number |
| Email Address  ImmAppraiser@AOL.Com | Email Address |
| Date of Signature and Report  August 12, 2008 | Date of Signature |
| Effective Date of Appraisal  August 11, 2008 | State Certification # |
| State Certification #  FLRD0000527 | or State License # |
| or State License #  - - - - - | State |
| or Other (describe)  - - - - -    State #  - - - - - | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License  11/30/2008 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| 19 Harborage | Date of Inspection |
| Ft. Lauderdale     FL.   33316 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  6,300,000 | Date of Inspection |
| **LENDER/CLIENT** | |
| Name  - - - - - | **COMPARABLE SALES** |
| Company Name  Chevy Chase Bank | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  7501 Wisconsin Avenue, | ☐ Did inspect exterior of comparable sales from street |
| Bethesda, MD.  20814 | Date of Inspection |
| Email Address  - - - - - | |

## Uniform Residential Appraisal Report

**File #**  0808082

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 19 Harborage | 2828 Aqua Vista Blvd. | | 625 San Marco Drive | | | |
| | Ft. Lauderdale | Ft. Lauderdale | | Ft. Lauderdale | | | |
| Proximity to Subject | | 1.20 Miles North | | 0.50 Miles Northwest | | | |
| Sale Price | $  Not Applic. | | $  8,675,000 | | $  8,950,000 | | $ |
| Sale Price/Gross Liv. Area | $  0          sq.ft. | $  860.10      sq.ft. | | $  840.85      sq.ft. | | $          sq.ft. | |
| Data Source(s) | | Public Records | | Public Records | | | |
| Verification Source(s) | | ISC/MLS #F891393 | | ISC/MLS #F922091 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing | | Not Applicable | | Not Applicable | | | |
| Concessions | | N/A | | N/A | | | |
| Date of Sale/Time | | Current Listing | -867,500 | Current Listing | -895,000 | | |
| Location | Interior | Interior | | Point Lot | -1,000,000 | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 22,131Sq.ft. | 18,295Sq.ft. | 76,700 | 19,166Sq.ft. | 59,300 | | |
| View | Waterway | Waterway | | Waterway | | | |
| Design (Style) | 3 Story Custom Home | 3 Sty. Custom | | 2 Sty. Custom | | | |
| Quality of Construction | Good/CBS | Good/CBS | | Good/CBS | | | |
| Actual Age | 2008/New | 2008/New | | 1995/8 Eff | 400,000 | | |
| Condition | 70% Complete | 100% Complete | -1,250,000 | 100% Complete | -1,250,000 | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 13 | 5 | 5 | 12 | 8 | 11.5 | -55,000 | 12 | 7 | 7 | -20,000 | | | |
| Gross Living Area | 11,298    sq.ft. | 10,086    sq.ft. | 303,000 | 10,644    sq.ft. | 163,500 |  sq.ft. | |
| Basement & Finished | None | None | | None | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | Central | Central | | Central | | | |
| Energy Efficient Items | Fireplace | Fireplace | | Fireplace | | | |
| Garage/Carport | 4-Car Garage | 3-Car Garage | 10,000 | 3-Car Garage | 10,000 | | |
| Porch/Patio/Deck | Dock, Pool | Dock, Pool | | Dock, Pool | | | |
| Other | None | None | | CBS Wall Front | -50,000 | | |
| Kitchen | Cabinets Only | Fully Equipped | | Fully Equipped | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $  -1,782,800 | ☐ + ☒ - | $  -2,582,200 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj.  -20.55  % | | Net Adj.  -28.85  % | | Net Adj.          % | |
| of Comparables | | Gross Adj. 29.54  % | $  6,892,200 | Gross Adj. 42.99  % | $  6,367,800 | Gross Adj.          % | $ |

Summary of Sales Comparison Approach

Comparables #4 and #5 are current active listings of homes within the subject's market area. Both comparable properties were adjusted 10% for the average difference in listing and sales price of homes in this market area.

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | May 2005/$3,900,000 | July 2004/$2,200,000 | Not Applicable | |
| Price of Prior Sale/Transfer | Not Applicable | Not Applicable | Not Applicable | |
| Data Source(s) | Public Records | Public Records | Public Records | |
| Effective Date of Data Source(s) | August 11, 2008 | August 11, 2008 | August 11, 2008 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Comparable #4 prior sale might have included a smaller older home that was demolished and replaced with the current newly constructed home. There was no prior sale found within the past three years for comparable #5.

TEXT ADDENDUM

File No. 0808082

| Borrower/Client | Jason Foisy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 19 Harborage | | | | | |
| City | Ft. Lauderdale | County | Broward | State | FL. | Zip Code 33316 |
| Lender | - - - - - | | | Chevy Chase Bank | | |

Text Addendum

EXTENT OF APPRAISAL PROCESS
This appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The sources and data are considered reliable. When conflicting information was provided, the sources deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

FUNCTION OF APPRAISAL
The function of this appraisal is for mortgage lending purposes.

TAXATION AND ASSESSMENTS
The appraised property is assessed by the County Property appraiser. The following data is recorded in the Public Records:
OWNER OF RECORD: Jason Foisy and James June
LAND ASSESSMENT:  $3,291,090 TAX YEAR: 2007
IMPROVEMENT ASSESSMENT: Not Indicated TAXES: $65,244.54
TOTAL ASSESSMENT:          $3,291,090          EXEMPTIONS: None
COMMENTS: The subject property is new construction not yet completed and the taxation for the improved home has not yet been assessed. The above assessment is "land only".

CONTRACT OF SALE AND LISTING DATA
The subject property is not under contract for sale. The subject property is currently listed for sale.
Listing Price:  $9,995,000  Listing Agent: Coldwell Banker
Comments: See attached addendum for the subject's listing history.

NEIGHBORHOOD
The subject's neighborhood is an area of the city of Ft. Lauderdale situated just north of the 17th Street Causeway, south of Sunrise Key Drive and is bordered by the Route A1A to the east and Victoria Park Road to the west. Las Olas Blvd. runs east-west thru this neighborhood.

Comments: This neighborhood consists predominately of detached single family homes, ranging from one to three stories of  CBS construction, average to good quality of construction and condition. The majority of the properties in this neighborhood have premium waterfront sites on navigable waterways able to accommodate large boats/yachts. There were no adverse neighborhood influences observed.

SITE
The subject site is located in the Harborage section of Harbour Beach neighborhood. The Harborage has a private staffed gated entry with 20 homes. This subdivision has a annual homeowners association of $15,000 and a fee of $150,000 to purchase a home in this subdivision.

The subject property site, utilities, street access and improvements are common and customary for this neighborhood.

IMPROVEMENTS
The interior and exterior of the subject improvements have been physically inspected by the appraiser. The subject's gross living area was obtained from the builder's floor plans. The appraisers observations, such as changes to the original structure, upgrades or physical, functional and external inadequacies if any, are as follows:
The subject property is new construction of a custom 3 story home considered a larger home within the neighborhood. At the time of inspection the construction to the property was approx. 70% complete, with no on-going construction and personal present. The following is a list of items needed for completion of the home:

Continued - Next Page
PAGE 1 of 3
-there is no electric and plumbing service
-there is no landscaping including a driveway
-the swimming pool is not complete
-the home has no front door and is currently using a temporary plywood door
-installation of the the first level flooring is not complete, (wood flooring in the study, library and
 marble flooring for the balance. There is no flooring for the stairs and above the wood subfloor for the
 second and third levels
-there are no railings on the stairs on all levels or the second and third levels that are open to below
-there is no air conditioning equipment installed
-all interior and exterior doors have no hardware
-the kitchen has cabinets only with no counter tops and appliances
-none of the bathrooms are finished
-millwork including floor baseboards, ceiling crown moldings is not finished
The appraiser does not warrant that these are all the items needed for completion to the home, however are those items most visible at the time of inspection. The builder of the home, Kaming Lok of Florida Estate Home Builders estimated a cost of $1,008,000 to finish construction to the home.

COST APPROACH
The Cost Approach includes a land value analysis and estimated replacement cost to construct, at current prices, a building with utility equivalent to the building being appraised, using modern standards. Physical, functional and external inadequacies, as measured in the market, are deducted accordingly. The "as is" value of the site improvements(driveway, landscaping, etc.) represent their market contributory value as measured by a paired sales analysis. The Cost Approach is considered a supportive indicator of value.

INCOME APPROACH
Residential properties are not typically purchased as an income producing

***CONTINUED ON NEXT PAGE***

TEXT ADDENDUM

File No. 0808082

| Borrower/Client | Jason Foisy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 19 Harborage | | | | | |
| City | Ft. Lauderdale | County | Broward | State | FL. | Zip Code 33316 |
| Lender | - - - - - | | | Chevy Chase Bank | | |

property, therefore, the Income Approach is not applicable to this appraisal.
    SALES COMPARISON
The comparable sales utilized in this appraisal report represent the most current sales of properties located within the subject's market area that are most similar to the subject property.
Comparable sale properties were observed from the exterior only unless otherwise stated. Land size, gross living area, room count, amenities and financing were taken from public records and or other reliable sources available to the appraiser as stated and are assumed to be correct. When necessary, comparable sales are adjusted to the subject property for differences as observed by the appraiser. Adjustments as measured and supported in the market by contributory values.
The following indicated adjustments, if any, require further explanation and statement why the comparable sales were used: Comparables #1, #2 and #3 are sales of larger homes found within the subject's market area. Comparables #4 and #5 are current active listings.

Comparables #1, #2 and #5 were adjusted for the added value of their point site location, situated at the end of the street, having a cludasac location and having water and boat dockage on two sides of the site. Comparable #1 was adjusted for the added value of it's IntraCoastal Waterway location. All properties were adjusted for their difference in site size. All properties which are in good condition being 100% complete were adjusted for the subject's current condition of being approx. 70% complete. The comparable properties were adjusted for their difference of gross living area and total number of bathrooms. All properties have boat dockage and a swimming pool. Other items adjusted in this analysis were: number of garage stalls and CBS wall and gated entry at the front of the site.

There were no other adjustments required to the comparable sales. When estimating the subject's market value equal consideration was given to all sales. The Sales Comparison Approach to Value is considered a good indicator to value.
    PAGE 2 of 3
    LAND TO VALUE RATIOS
The subject's land to value ratio reflected by it's estimated market value is 49%. This is common and customary for waterfront properties in this market area.
    PREDOMINATE PRICE
The subject's estimated market value exceeds the parameters of the predominate price of homes that recently sold within the subject's neighborhood. The subject's higher value is due to it's larger gross living area. The subject property is not an overimprovement for the area, noting several homes with similar and larger gross living area. Example:
-1 Isla Bahia, larger point lot, superior quality of construction with 12,826Sq.ft. living area just sold in May 2008 for $15,500,000
    PROXIMITY
The comparable sale properties should be located within the same or nearby competing neighborhood(within one mile) of the subject property to reflect similar positive and negative locational characteristics. The comparable sales are located within the desired one mile proximity from the subject property.
    DATE OF SALE
Comparable sales #1 and #2 date of sale are older than the desired six month time period, however are within the acceptable twelve month time period. These sales were utilized being among the most recent sales of larger homes found within the subject's market area, noting other more recent sales found in the area were much smaller homes, deemed not suitable for analysis. No time adjustment was warranted.

    BRACKETING
The subject's estimated value is bracketed by the unadjusted sales price of the comparable sales.
    GROSS, NET and LINE ADJUSTMENTS
The comparable sales required high adjustment primarily due to the subject's condition adjustment.
    ADDITIONAL COMMENTS
The subject property is being appraised "AS IS" with an estimated value of $6,300,000.
The subject's estimated value "Subject to" completion is estimated at $7,550,000.

    PAGE 3 of 3

SUBJECT PHOTOGRAPH ADDENDUM

File No. 0808082

| | |
|---|---|
| Borrower/Client | Jason Foisy |
| Property Address | 19 Harborage |
| City Ft. Lauderdale | County Broward   State FL   Zip Code 33316 |
| Lender - - - - - | Chevy Chase Bank |



FRONT OF
SUBJECT PROPERTY



REAR OF
SUBJECT PROPERTY



STREET SCENE

ADDITIONAL PHOTOGRAPH ADDENDUM

| | | |
|---|---|---|
| Borrower/Client | Jason Foisy | File No. 0808082 |
| Property Address | 19 Harborage | |
| City Ft. Lauderdale | County Broward  State FL.  Zip Code 33316 | |
| Lender - - - - - | Chevy Chase Bank | |







## COMPARABLES PHOTOGRAPH ADDENDUM
(Comps 1-3)

| | | | |
|---|---|---|---|
| Borrower/Client | Jason Foisy | | File No. 0808082 |
| Property Address | 19 Harborage | | |
| City Ft. Lauderdale | County Broward | State FL. | Zip Code 33316 |
| Lender - - - - - | | Chevy Chase Bank | |



**Comparable Sale**
2727 Aqua Vista Bl
Ft. Lauderdale
Date of Sale: 1/2008-Closed
Sale Price: 9,900,000
Sq. Ft.: 10,121
$ / Sq. Ft.: 978.16



**Comparable Sale**
999 Riviera Isle
Ft. Lauderdale
Date of Sale: 10/2007-Closed
Sale Price: 7,150,250
Sq. Ft.: 8,898
$ / Sq. Ft.: 803.58



**Comparable Sale**
30 Isla Bahia Drive
Ft. Lauderdale
Date of Sale: 3/2008-Closed
Sale Price: 6,450,000
Sq. Ft.: 7,542
$ / Sq. Ft.: 855.21

**COMPARABLES PHOTOGRAPH ADDENDUM**
(Comps 4-6)

File No. 0808082

| | |
|---|---|
| Borrower/Client | Jason Foisy |
| Property Address | 19 Harborage |
| City | Ft. Lauderdale |
| County | Broward |
| State | FL. |
| Zip Code | 33316 |
| Lender | - - - - - Chevy Chase Bank |



**Comparable Sale**

2828 Aqua Vista Bl
Ft. Lauderdale

| | |
|---|---|
| Date of Sale: | Current Listing |
| Sale Price: | 8,675,000 |
| Sq. Ft.: | 10,086 |
| $ / Sq. Ft.: | 860.10 |



**Comparable Sale**

625 San Marco Driv
Ft. Lauderdale

| | |
|---|---|
| Date of Sale: | Current Listing |
| Sale Price: | 8,950,000 |
| Sq. Ft.: | 10,644 |
| $ / Sq. Ft.: | 840.85 |

**Comparable Sale**

| | |
|---|---|
| Date of Sale: | |
| Sale Price: | |
| Sq. Ft.: | |
| $ / Sq. Ft.: | |

## LOCATION MAP ADDENDUM

File No. 0808082

| | |
|---|---|
| Borrower/Client | Jason Foisy |
| Property Address | 19 Harborage |
| City Ft. Lauderdale | County Broward   State FL.   Zip Code 33316 |
| Lender ----- | Chevy Chase Bank |



IRA MESSINGER-REAL ESTATE APPRAISER

**PLAT MAP ADDENDUM**

File No. 0808082

| | |
|---|---|
| Borrower/Client | Jason Foisy |
| Property Address | 19 Harborage |
| City | Ft. Lauderdale County Broward State FL. Zip Code 33316 |
| Lender | - - - - - Chevy Chase Bank |



IRA MESSINGER-REAL ESTATE APPRAISER

| Borrower/Client | Jason Foisy |
| Property Address | 19 Harborage |
| City | Ft. Lauderdale | County | Broward | State | FL. | Zip Code | 33316 |
| Lender | - - - - - | | | Chevy Chase Bank |



## APPRAISAL INVOICE

**Date:** August 12, 2008

**Lender/Client:** Chevy Chase Bank – Fidel Argueta
7501 Wisconsin Avenue-3rd Floor
Bethesda, MD. 20814

**Borrower:** Jason Foisy   **Loan** #556072262

**Property Address:** 19 Harborage
Ft. Lauderdale, FL. 33316

**Appraisal File # :** 080808.2

**Appraisal Fee:** $2,500.00 (Jumbo Single Family Home)

**Terms:** Net 30 Days

---

**Ira M. Messinger – Real Estate Appraiser P.A.**
State Certified Res. Real Estate Appraiser #FLRD0000527
2110 N.E. 207th Street, N. Miami Beach, FL. 33179
Phone: (305)935-3727      Fax: (305)935-3723
E Mail: IMMAppraiser@AOL.Com

| Borrower/Client | Jason Foisy | | | | | |
| Property Address | 19 Harborage | | | | | |
| City | Ft. Lauderdale | County | Broward | State | FL. | Zip Code | 33316 |
| Lender | - - - - - | | | Chevy Chase Bank | | |

AC# 2884483

**STATE OF FLORIDA**

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD                SEQ# L05100

| DATE | BATCH NUMBER | LICENSE NBR |
|------|-------------|-------------|
| 10/07/2006 | 060255087 | RD527 |

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2008

MESSINGER, IRA M
2110 NE 207 ST
NORTH MIAMI BEACH    FL 33179

JEB BUSH
GOVERNOR                    DISPLAY AS REQUIRED BY LAW                    SIMONE MARSTILLER
                                                                          SECRETARY

---

REAL ESTATE APPRAISER    

Ira M. Messinger
Real Estate Appraiser P.A.
State Certified Res. R.E.A. # 0000527

2110 N.E. 207th Street              Phone: (305) 935-3727
North Miami Beach, FL 33179         Fax: (305) 935-3723

| Borrower/Client | Jason Foisy | | | |
|---|---|---|---|---|
| Property Address | 19 Harborage | | | |
| City Ft. Lauderdale | | County Broward | State FL. | Zip Code 33316 |
| Lender | - - - - - | | Chevy Chase Bank | |

## SUBJECT'S MLS LISTING

**IRA MESSINGER**

RE1 - SINGLE FAMILY RESIDENTIAL          **Southeast Florida MLS**

ML: F867721  BC: CBRE54  OP: Coldwell Banker Residential RE          AREA: 3170  SHORT SALE:          STATUS: A
AD:  19 HARBORAGE                                         CITY: FORTLAUD  RP:  LLP:          LP: $9,995,000
CT: BROWARD  F#: x504212290190          ZIP: x33316  GEOAR: FBEA  ZN: RES  STYLE: R35          #I: 2
LG: x12-50-42 COMM AT NE COR OF GOV LOT 3 OF SEC 13,W 2.47,N 514.11,WLY 140.73 TO POB,NLY 191.78, WLY 210.61,ELY 110
   10POB,AS DPSC
MC:          TM: x5042          SE: x12  SD: x29  PN:  x0190  MAP:          ST: FL          TYPE:  / SINGLE
DV:  Harborage Island          SN:  x12-50-42COMM AT NE COR OF          MN:
LA:  11,298  TA:  13,277  YR:  2007/ UC  CONV:          BED:  5  FBATH:  5  HBATH: 0
GARAGE:  4/ ATT  CPT: 0          WF: 110          FACE:  S  PS:
PARK:  DRIVEWAY          PARK RESTR:
LT:          LOTDS:  1/2-3/4A
WTRFR:  Y/ NOFIXBRI  OCNACCES          VIEW:  INTRACST  CANAL
WTRAC:  PRIVDOCK          DESIGN:  DETACH/ 3+STORY          ES:
CONST:  CBS          ROOF:  BARREL          MS:
FLOOR:  WOOD  MARBLE          DINE:          HS:
ROOMS:  DEN  FAMILY  MEDIA  UTIL-LAU  MAIDINLA
POOLS:  Y/ BELOWGRD          PL:  20X38  SPA: Y
REM: Tuscan-inspired masterpiece conveys classic traditions to the modern era.Stately iron gates open to a marble motor court amidst fountain &
   lush tropical grounds.Double & triple crown molding,custom marble & Brazilian wood floors.Grand double staircase,theater & oval shaped office
   w/sep.library.Deluxe master suite features onyx marble baths & waterfront balcony.Grand loggia,infinity edge pool,110ft yacht dockage.Other
   luxuries include commercial elevator,2 utility rooms & 4-bay garage. Completion Early 08.

DIR:  HARBOR BEACH PARKWAY TO EAST LAKE DRIVE, TAKE TO END, MAKE A LEFT, RIGHT ON HARBORAGE TO GUARD GATE

BRK-REM: Note to Brokers, all offers must be north of $8 million. No Commission paid until title passes

   LV:  29X24          DR:  19X20          DA:          KT:  17X19          FR:  21X21          FL:          PR:
   MB:  32X21          2B:  15X18          3B:          4B:          5B:          DN:          PB:
BEDRM:  MBRUPSTR  1BR+GRND                                         UR:          CF:  0
MSBTH:  2MASTER  BIDET  WHRLPLSPA          PETS:
INTER:  BAR  BUILT-INS  ELEVATOR  FIREPLACE  FOYER  PANTRY  WALKCLOS
EQUIP:  DISHWASH  DISPOSAL  ELEVATOR  WASHER  REFRIG  RANGE-E  DRYER
WNDW:          RESTR:  OTHER          HOPA: N
EXTER:  LIGHTING  PATIO  OTHER
GUEST:          GUEST SQ FT:          0
SUBDV:  BCHCLUBAV  GUARDGAT          MAINT:
HEAT:  ELEC  CENTRAL          SPRINK:          CABLEAVL:
COOL:  CENTRAL  ELEC          WTR: MUNICIPL          SEWER: MUNICIPL
TRMSCONS:  CONV          ASSUME:          DAV/SOH:  x$3,291,090
MPR:  Y / $100,000  TOA:  H          FEE:  $4,600.00/ Y          DMV/ASV:  x$3,291,090
TX:  x$72,377  TXYR:  2006  TAX:  NOHOMESTD          TM:
SPEC:          PGSS:  FUNDING          IDX:  Y
LPID:  3071962          LS: Tracy Roddy          APH:  954-383-7555          OPH:  954-527-5900 x  7878
2PID:  150970          2A: Christina Beck          2AG:  954 764-3737          FAX:  954-522-2616
LTY:  EA          ON:          ON#:          2PH:  954-383-7555
URL:          PHOTO:  SD2          WD:
EMAIL:  tracyroddy@aol.com          VT:
COBA:  3.0%          COTB:  3.0%          CONR:          VAR:  N  3A:          BRD:  F
OCCUP:  CLLAGT          SHOW:  CALL-LA 24HRNOTICE          LD:          XD:
PREV STATUS:          STATUS CHNG:          OK ADV:  N          L1:
PREVS:          PRICE CHNG:          ORIG LP:  $9,995,000          L2:
INet:  Y/Brand new estate,over 13,000 sq.feet w/110 feet of yacht dockage on turning basin. Exclusive manned protected community of Harborage Island in Ft.Laud

MOBILE HOME DECAL:          S2:          S4:          BRAND:
FEEINCL:          MISC:
PD:          CONTING:          D4:          FURN:          CD:          SP:
ECD:          CB:          SPID:          S5:          S1:
TR:          SC:          SPID2:          SS2:          S2:
   4(c)  2008 - ADAR, RACH, RAN4, HAMUS, SIBOR - INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED^          08/09/08    01:23 PM

IRA MESSINGER-REAL ESTATE APPRAISER

| Borrower/Client | Jason Foisy |
|---|---|
| Property Address | 19 Harborage |

| City | Ft. Lauderdale | County | Broward | State | FL. | Zip Code | 33316 |
|---|---|---|---|---|---|---|---|

| Lender | - - - - - | Chevy Chase Bank |
|---|---|---|

## SUBJECT'S MLS LISTING HISTORY

### Property History View

| ML# | Status | Price | Date | Agent | Broker | DOM |
|---|---|---|---|---|---|---|
| F887721 | A | $ 9,995,000 | 11/28/07 | 3071962 | CBRI64 | |
| F831259 | C | $ 11,995,000 | 11/28/07 | 3071962 | PMEP01 | |
| F831259 | A | s 11,995,000 | 05/01/07 | 3071962 | PMEP01 | |
| F810016 | C | $ 12,999,999 | 05/01/07 | 698876F | CWHG01 | |
| F810016 | T | $ 12,999,999 | 03/28/07 | 698876F | CWHG01 | |
| F810016 | A | $ 12,999,999 | 03/13/07 | 698876F | CWHG01 | |
| F629646 | CS | $ 3,900,000 | 05/31/05 | 569861 | 1452 | 71 |
| F629646 | PS | $ 4,200,000 | 04/11/05 | 473969 | ESPN01 | 71 |
| F629646 | A | $ 4,200,000 | 03/25/05 | 473969 | ESPN01 | |
| F629646 | PS | $ 4,200,000 | 02/14/05 | 473969 | ESPN01 | 15 |
| F629646 | A | $ 4,200,000 | 01/30/05 | 473969 | ESPN01 | |
| F588402 | X | $ 4,270,000 | 11/30/04 | 473969 | ESPN01 | |
| F588402 | A | $ 4,270,000 | 05/25/04 | 473969 | ESPN01 | |
| F505386 | X | s 3,500,000 | 05/31/03 | 473969 | 0163 | 0 |
| F505386 | A | $ 3,500,000 | 02/27/03 | 473969 | 0163 | 0 |
| F460569 | X | $ 3,500,000 | 01/03/03 | 473969 | CBRI83 | 0 |
| F460569 | A | $ 3,500,000 | 07/03/02 | 473969 | 1333 | 0 |
| F386858 | Q | $ 3,700,000 | 06/06/02 | 473969 | 1333 | 0 |
| F386858 | PS | $ 3,700,000 | 02/25/02 | 473969 | 1333 | 0 |
| F386858 | A | $ 3,700,000 | 04/24/01 | 473969 | 1333 | 0 |

08/06/08     *(c)  2008  -- NOAR, RAGH., RMMI, RAMDC, SEBOR -- INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED"     04:17 PM

**IRA MESSINGER-REAL ESTATE APPRAISER**

| Borrower/Client | Jason Foisy |
|---|---|
| Property Address | 19 Harborage |

| City | Ft. Lauderdale | County | Broward | State | FL. | Zip Code | 33316 |
|---|---|---|---|---|---|---|---|

| Lender | - - - - - | | Chevy Chase Bank |
|---|---|---|---|

## MLS-COMPARABLE #1

### Property History View

| ML# | Status | Price | Date | Agent | Broker | DOM |
|---|---|---|---|---|---|---|
| F881567 | CS | $ 9,900,000 | 01/23/08 | 3171498 | FSRG01 | 51 |
| F881567 | PS | $ 10,995,000 | 12/23/07 | 0648322 | PMEP01 | 51 |
| F881567 | A | $ 10,995,000 | 11/02/07 | 0648322 | PMEP01 | |
| F575062 | X | $ 10,995,000 | 11/01/07 | 486943 | SOLS02 | |
| F575062 | A | $ 10,995,000 | 09/28/07 | 486943 | SOLS02 | |
| F575062 | A | $ 10,995,000 | 10/30/06 | 486943 | SOLS02 | |
| F575062 | B | $ 9,995,000 | 06/13/06 | 486943 | SOLS02 | |
| F575062 | PS | $ 9,995,000 | 06/13/06 | 486943 | SOLS02 | 826 |
| F575062 | A | $ 9,995,000 | 06/06/05 | 486943 | CBRI54 | |
| F575062 | W | $ 9,995,000 | 11/23/04 | 486943 | CBRI54 | |
| F575062 | A | $ 9,995,000 | 03/10/04 | 486943 | CBRI02 | 0 |
| F449309 | X | $ 3,300,000 | 05/02/03 | 007207F1 | 1839 | 0 |
| F437029 | CS | $ 1,500,000 | 10/20/02 | 0007207 | 1839 | 0 |
| F437029 | PS | $ 1,895,000 | 07/29/02 | 007207F1 | 1839 | 0 |
| F449309 | A | $ 3,300,000 | 05/01/02 | 007207F1 | 1839 | 0 |
| F412597 | X | $ 3,300,000 | 04/01/02 | 0592811 | 1839 | 0 |
| F437029 | A | $ 1,895,000 | 02/25/02 | 007207F1 | 1839 | 0 |
| F416740 | X | $ 1,895,000 | 02/15/02 | 0592811 | 1839 | 0 |
| F416740 | A | $ 1,895,000 | 10/25/01 | 0592811 | 1839 | 0 |
| F375626 | C | $ 6,995,000 | 10/16/01 | 486943 | 1333 | 0 |
| F412597 | A | $ 3,300,000 | 10/03/01 | 0592811 | 1839 | 0 |
| F330664 | C | $ 3,359,000 | 06/22/01 | 486943 | 1333 | 0 |
| F330664 | A | $ 3,359,000 | 04/16/01 | 486943 | 1333 | 0 |
| F375626 | A | $ 6,995,000 | 02/13/01 | 486943 | 1333 | 0 |
| F330664 | A | $ 2,999,000 | 02/07/01 | 486943 | 1333 | 0 |
| F330664 | A | $ 3,295,000 | 01/18/01 | 486943 | 1333 | 0 |
| F330664 | A | $ 3,695,000 | 04/04/00 | 486943 | 1333 | 0 |
| F330664 | A | $ 3,400,000 | 04/03/00 | 486943 | 1333 | 0 |
| F305418 | CS | $ 1,900,000 | 02/07/00 | 486943 | 1333 | 0 |
| F305418 | PS | $ 1,995,000 | 01/06/00 | 486943 | 1333 | 0 |
| F305418 | A | $ 1,995,000 | 12/01/99 | 486943 | 1333 | 0 |
| F305418 | A | $ 2,295,000 | 10/18/99 | 486943 | 1333 | 0 |
| F274248 | C | $ 2,695,000 | 10/18/99 | 486943 | 1333 | 0 |
| F274248 | W | $ 2,695,000 | 10/14/99 | 486943 | 1333 | 0 |
| F274248 | A | $ 2,695,000 | 04/27/99 | 486943 | 1333 | 0 |
| F274248 | A | $ 2,950,000 | 04/01/99 | 486943 | 1333 | 0 |

08/09/08    *(c)  2008  - MOA?, RAGR, RAM?, RAMDG, SBBOR – INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED*    01:32 PM

IRA MESSINGER-REAL ESTATE APPRAISER

| Borrower/Client | Jason Foisy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 19 Harborage | | | | | |
| City | Ft. Lauderdale | County | Broward | State FL. | Zip Code | 33316 |
| Lender | - - - - - | | | Chevy Chase Bank | | |

## MLS-COMPARABLE #2

### Property History View

| ML# | Status | Price | Date | Agent | Broker | DOM |
|---|---|---|---|---|---|---|
| F858726 | CS | $ 7,150,250 | 10/18/07 | 0575938 | 0163 | 57 |
| F858726 | PS | $ 7,750,000 | 10/05/07 | 183556 | 0163 | 57 |
| F858726 | A | $ 7,750,000 | 08/10/07 | 183556 | 0163 | |

08/11/08     P(c)  2008  -- ADAR, RACFL, RANB, RAMDC, SEBOR -- INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED*     04:55 PM

IRA MESSINGER-REAL ESTATE APPRAISER

This document was generated on: 8/20/2008 12:15:19 PM