UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                    Plaintiff    )<br>                                )<br>                                )<br>       v.                       )    Civil Action No. 08-30010-KPN<br>                                )<br>                                )<br>                                )<br>19 HARBORAGE ISLE, FORT        )<br>LAUDERDALE, FLORIDA,           )<br>                    Defendant  ) | |

AMENDED ORDER FOR INTERLOCUTORY SALE
September 17, 2008

NEIMAN, C.M.J.

Upon motion of Chevy Chase Bank, F.S.B. to Amend the Court's Order for Interlocutory Sale, the court hereby DECLARES and ORDERS as follows:

1. Paragraph 5 of the Order for Interlocutory Sale, dated July 31, 2008, is stricken and the following paragraph is substituted in its place:

All right title and interest to the Defendant Realty is hereby vested in Chevy Chase for the sole purpose of completing the interlocutory sale of the Defendant Realty pursuant to the terms of this order.

2. Paragraph 6(c) is amended as follows:

In furtherance of the private sale, the court also:

(c) authorizes Chevy Chase to recover first (after the payment of any brokers' fees and appraisers' fees incurred in accord with paragraph 3) from the sales proceeds the following amounts due to it under its first mortgage loan: (i) current total unpaid principal balance ($5,130,724); (ii) interest to August 1, 2008 ($363,881.49) plus an additional per diem interest from

   August 1, 2008 until the date of payment; and (iii) such other fees (including attorneys' fees), charges and interest, and costs, including costs associated with cleaning, landscaping, hardscaping, maintaining, and otherwise make the outside of the Defendant Realty presentable for sale, as may hereafter be approved by the court upon petition by Chevy Chase.

  3. The following paragraph is added as Paragraph 8 to the Order for Interlocutory Sale:

  At the time of sale all present or possible liens or other claims encumbering the Defendant Realty shall attach to the sales proceeds remaining after payment to Chevy Chase (and to any brokers and appraisers as set forth in paragraph 6(c)) and shall be discharged from the Defendant Realty itself.

  IT IS SO ORDERED.

DATED: September 17, 2008

                 /s/ Kenneth P. Neiman
                 KENNETH P. NEIMAN
                 Chief Magistrate Judge