UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>19 HARBORAGE ISLE, , )<br>FORT LAUDERDALE, FLORIDA, )<br>)<br>Defendant. ) | Civil Action No. 08-CV-30010-MAP |

### NOTICE OF SETTLEMENT BY CHEVY CHASE BANK, F.S.B.

Claimant Chevy Chase Bank, F.S.B. hereby gives notice that it has resolved the issue with The Harborage Association, Inc. addressed at the April 8, 2009 hearing with the Court. Therefore, no pleadings will be filed pursuant to the Order entered by the Court on April 9, 2009.

Respectfully submitted,

CHEVY CHASE BANK, F.S.B.
By its attorneys,

/s/ Bruce E. Falby
Bruce E. Falby, BBO #544143
Brooks A. Ames, BBO #641192
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6100

Dated: May 7, 2009

EAST\42435945.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on May 7, 2009.

                                    /s/ Bruce E. Falby_____
                                    Bruce E. Falby